**Opinion issued March 19, 2026**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-25-00807-CV

————————————

**MARK  ANTHONY TREVINO, Appellant**

**V.**

**CANDICE  SPIVEY TREVINO, Appellee**

---

**On Appeal from the County Court at Law No. 1**
**Galveston County, Texas**
**Trial Court Case No. 23-FD-2368**

---

## MEMORANDUM OPINION

The trial court granted a new trial after appellant filed this appeal. *See* TEX. R. CIV. P. 329b(e). The parties jointly moved to abate this appeal pending the new trial. We told the parties that, because no final appealable judgment remained, we would instead dismiss for lack of jurisdiction. *See Lehmann v. Har-Con Corp.*, 39 S.W.3d

191, 195 (Tex. 2001) (appellate courts generally only have jurisdiction over appeals of final judgments); *see also Markowitz v. Markowitz*, 118 S.W.3d 82, 88 (Tex.App.-Houston [14th Dist.] 2003, pet. denied) ("When a motion for new trial is granted, the original judgment is set aside and the parties may proceed without prejudice from previous proceedings."). Neither party objected.

Accordingly, we dismiss the appeal for lack of jurisdiction and dismiss all pending motions as moot.

**PER CURIAM**

Panel consists of Justices Gunn, Caughey, and Morgan.